FILED
FEB 08 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   '08 MJ 8118

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO.: |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 18, U.S.C., Sections 111 & 1114 Assault on a Federal Officer (Felony) |
| Aldo Alejandro TOPETE, | ) | |
| Defendant. | ) | |

The undersigned complainant, being duly sworn, states:

That on or about February 7, 2008, within the Southern District of California, defendant Aldo Alejandro TOPETE did willfully and forcibly assault, resist, oppose, impede or interfere with a person named in Title 18, United States Code, Section 1114, to wit, U. S. Customs & Border Protection Officer Jose Ramirez, was engaged in the performance of his official duties; in violation of Title 18, United States code, Sections 111.

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

ENRIQUE TORREGROSA
Special Agent
Federal Bureau of Investigation

SWORN TO ME AND SUBSCRIBED IN MY PRESENCE THIS 8TH DAY OF FEBRUARY, 2008.

PETER C. LEWIS
U. S. Magistrate Judge

1

1 | UNITED STATES OF AMERICA
   |     v.
2 | Aldo Alejandro TOPETE

3                         STATEMENT OF FACTS

4         This complaint is based on the reports, documents, and notes furnished to U.S.
5    Immigration and Customs Enforcement Special Agent Enrique Torregrosa.
6         On February 7, 2008, at 0445 hours, Aldo Alejandro TOPETE applied for entry into
7    the United States from the Republic of Mexico via the Calexico, California, West Port of
8    Entry. TOPETE made entry into the United States through pedestrian, and presented an
9    illegible birth certificate to Customs and Border Protection Officers (CBPO). CBPO
10   referred TOPETE to pedestrian secondary to establish his U.S. Citizenship.
11        At Secondary inspection, CBPO Ramirez contacted TOPETE and noticed that
12   TOPETE was very aggressive towards the officers. TOPETE demanded to be clear from
13   inspection and stated to CBPO Tavizon that he was tired of being there and waiting.
14   TOPETE also stated that officers were wasting his time. CBPO Ramirez was in the
15   process of conducting a screening on TOPETE when TOPETE became very belligerent
16   and aggressive towards CBP Officers. CBPO Ramirez instructed TOPETE to place his
17   hands on the counter in order to conduct an immediate pat-down. During this process
18   TOPETE was loud and verbally abusive to the officers and non-compliant with their
19   commands. TOPETE began to wave his arms about, at which point CBPO Ramirez
20   attempted to grab his arms. CBPO Tavizon, who was also present in the secondary office,
21   came around the counter to assist CBPO Ramirez in subduing TOPETE. CBPO Ramirez
22   reached for TOPETE's arm and TOPETE pulled CBPO Ramirez's arm and pushed him.
23   A scuffle ensued during which CBPO Tavizon continued to give TOPETE commands to
24   stop resisting. Additional officers assisted in handcuffing TOPETE. CBPO Tavizon stated
25   that he felt TOPETE's arm come around his body and touch his holster; CBPO Tavison
26   immediately clamped down on TOPETE's hand and wrist to prevent contact with the
27   weapon.
28        CBPO Ramirez was taken to the hospital for a dislocated right shoulder.