AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA
        Plaintiff,
  v.

ALDO ALEJANDRO TOPETE,
        Defendant.

**APPEARANCE**

Case Number: 08MJ8118

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALDO ALEJANDRO TOPETE

I certify that I am admitted to practice in this court.

| 2/12/2008 | /s/ KRIS J. KRAUS |
|---|---|
| Date | Signature |
|  | KRIS J. KRAUS / Federal Defenders of SD    233699 |
|  | Print Name                                        Bar Number |
|  | 225 Broadway, Suite 900 |
|  | Address |
|  | San Diego, CA  92101 |
|  | City        State        Zip Code |
|  | (619) 234-8467      (619) 687-2666 |
|  | Phone Number                           Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 12, 2008                              /s/ Kris J. Kraus
                                                      KRIS J. KRAUS
                                                      Federal Defenders of San Diego, Inc.
                                                      225 Broadway, Suite 900
                                                      San Diego, CA 92101-5030
                                                      (619) 234-8467  (tel)
                                                      (619) 687-2666  (fax)
                                                      e-mail: Kris_Kraus@fd.org