# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>vs )<br><br>Aldo Alejandro Topete )<br>)<br>) | CASE NUMBER 08 MJ 8118 2: 34<br><br>ABSTRACT OF ORDER<br><br>Booking No. 05971298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 3-6-08 _____

the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____✓_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___✓___ Other. Govt oral motn to Dismiss

| | |
|---|---|
| | **PETER C. LEWIS**<br>UNITED STATES MAGISTRATE JUDGE |
| | OR |
| Received _____<br>DUSM | W. SAMUEL HAMRICK, JR. Clerk<br>by _____<br>Deputy Clerk |

Crim-9    (Rev 6-95)

**CLERKS' COPY**