# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| U.S.A. vs. | ALDO ALEJANDRO TOPETE | No. | 08MJ8118 |
|---|---|---|---|
| HON. | PETER C. LEWIS | Tape No. | PCL08-1-13:27-13:28 (1 min) |
| Asst. U.S. Attorney | JOHN F. WEIS | PTSO | |

|  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | FD Matthew Hagen<br>S/A for<br>FD Kristen Kraus N/A | X Apt | Ret | for | TOPETE | (1) | (C) |

PROCEEDINGS:  ___ In Chambers   X  In Court   ___ By Telephone

PRELIMINARY HEARING - NOT HELD

GOV'T ORAL MOTION TO DISMISS WITHOUT PREJUDICE - GRANTED.

ABSTRACT ORDERED ISSUED.

Date    3/6/08

Maria Mirabella for Teresa Romero
Deputy's Initials